```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  Federal Courthouse
    2500 Tulare St., Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile:  (559) 497-4099
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,)   Case No. 1:07-mj-00233 DLB
                             )
12                 Plaintiff,)   STIPULATION TO CONTINUE
                             )   PRELIMINARY HEARING
13            v.             )
                             )
14  ALBERT MUHAMMAD,         )
                             )
15                 Defendant )
    _____)
16
```

17     IT IS HEREBY STIPULATED by and between the parties hereto
18 and through their attorneys of record that the preliminary
19 hearing presently scheduled before the Honorable Dennis L. Beck
20 for November 27, 2007  be continued to December 7, 2007.
21     All parties herein, through their respective counsel have
22 been contacted regarding the requested continuance and concur
23 with this request.
24     Pursuant to Rule 5.1(d), FRCP, the defendant specifically
25 agrees to extend the requirement that his preliminary hearing be
26 held within ten days of his arrest pursuant to Rule 5.1(c), FRCP.
27 The defendant agrees that there is good cause to extend the ten
28 day requirement.

1

1  IT IS SO STIPULATED:

2

3  Dated: November 20, 2007        McGregor W. Scott
                                   United States Attorney

4                                   /s/ Kimberly A. Sanchez
                                   By: KIMBERLY A. SANCHEZ
5                                      Assistant U.S. Attorney

6  Dated: November 20, 2007         /s/ James Homola
                                   JAMES HOMOLA
7                                  Attorney for Defendant
                                   ALBERT MUHAMMAD
8

9

10     IT IS SO ORDERED.

11     **Dated:   November 20, 2007**            **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2