UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-mj-00233 |
| Plaintiff, | |
| vs. | **ORDER RE: RELEASE OF LIMITED** |
| CHARLES MUHAMMAD, etal., | **INFORMATION FROM SEALED CASE** |
| Defendants. / | |

   GOOD CAUSE APPEARING, it is hereby ORDERED that copies of the following documents be made available to the Pretrial Services Office only, and that no copies of these documents be made available to any party, attorney, nor any other person without prior approval of this court:

   (1)  Any and all minutes from court appearances; and,

   (2)  Any and all release and/or detention orders regarding the following named defendant only:

      (A)  Albert Muhammad (3)

   The case shall otherwise remain sealed.


 IT IS SO ORDERED.

**Dated:   November 28, 2007**              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE